FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 18-01373   3G7   Judge: PAUL M. GLENN | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | DORAN, EDWARD J | Date Filed (f) or Converted (c): | 04/25/18 (f) |
| | | 341(a) Meeting Date: | 06/07/18 |
| For Period Ending: | 03/31/19 | Claims Bar Date: | 09/17/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, THIS IS DEBTOR'S HOMESTEAD BU | 49,981.80 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS (7/16/18 N - D #16). | 865.00 | 850.00 | | 600.00 | 250.00 |
| 3. CLOTHING AND SHOES. | 100.00 | 0.00 | | 0.00 | FA |
| 4. WATCH | 50.00 | 0.00 | | 0.00 | FA |
| 5. 2 DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2016 INDIAN SCOUT MOTORCYCLE   (7/16/18 N - D #16) (u) | Unknown | 750.00 | | 0.00 | 750.00 |
| 7. FRAUDULENT CONVEYANCE   (7/16/18 N - D #16). (u) | Unknown | 2,000.00 | | 1,500.00 | 500.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $50,996.80 | $3,600.00 | $2,100.00 | Gross Value of Remaining Assets $1,500.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ESTATE PROFESSIONALS:

  Attorney:  ORDER EMPLOYING GORDON JONES ENTERED 6/13/18 (DOCKET #12).

  Special Attorney:

  Accountant:

  Auctioneer:

  TPP Appraiser:

  Real Estate Agent:

ACTIONS:

  2004 Exam:

  Objection to Exemptions:

LFORM1

Ver: 22.01a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 18-01373    3G7    Judge: PAUL M. GLENN | Trustee Name: GORDON P. JONES, TRUSTEE |
| Case Name: DORAN, EDWARD J | Date Filed (f) or Converted (c): 04/25/18 (f) |
| | 341(a) Meeting Date: 06/07/18 |
| | Claims Bar Date: 09/17/18 |

Motion for Turnover:

Motion Determine Conseq Value:

Compromise 1:  ORDER APPROVING COMPROMISE FILED 8/14/18 (DOCKET #20).

Compromise 2:

Personal property:

Real Estate:

Auction:

Tax Refund:

Personal Injury/Lawsuit:

Prepare Tax Return:

Abandonment:

Claims: EXAMINED 10/10/18

Objection to Discharge:

Adversary filed:

State Court Lawsuit:

CASE STATUS:

COLLECT PAYMENTS PER COMPROMISE ($3,600 @ $300 MO BEG 9/15/18)

CLOSING STATUS:
  TFR:
   NFR served:
   Order Allowing Administrative Expenses:
   TDR:

DATE OF LAST REVIEW OF CASE:    04/17/19

Initial Projected Date of Final Report (TFR): 10/01/19    Current Projected Date of Final Report (TFR): 10/01/19

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 18-01373 -3G7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | DORAN, EDWARD J | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3888  Checking - Non Interest |
| Taxpayer ID No: | *******6138 | | |
| For Period Ending: | 03/31/19 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/18 | 2 | SUSAN JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1129-000 | 300.00 | | 300.00 |
| 09/27/18 | 2 | SUSAN M JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1129-000 | 300.00 | | 600.00 |
| 10/23/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 600.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 600.00 | 600.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 600.00 | |
| Subtotal | 600.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 600.00 | 0.00 | |

Page Subtotals    600.00    600.00

Ver: 22.01a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 18-01373 -3G7 | | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DORAN, EDWARD J | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2207  Checking Account |
| Taxpayer ID No: | *******6138 | | | |
| For Period Ending: | 03/31/19 | | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 600.00 | | 600.00 |
| 10/27/18 | 7 | EDWARD J DORAN | PER 7/16/18 NOTICE - DOCKET 16 | 1241-000 | 300.00 | | 900.00 |
| | | 2243 SOUTHWOOD DRIVE | | | | | |
| | | THE VILLAGES, FL  32162 | | | | | |
| 11/20/18 | 7 | SUSAN JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1241-000 | 300.00 | | 1,200.00 |
| 12/27/18 | 7 | SUSAN JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1241-000 | 300.00 | | 1,500.00 |
| 01/30/19 | 7 | SUSAN JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1241-000 | 300.00 | | 1,800.00 |
| 03/01/19 | 7 | SUSAN JOHNSON | PER 7/16/18 NOTICE - DOCKET 16 | 1241-000 | 300.00 | | 2,100.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,100.00 | 0.00 | 2,100.00 |
| Less:  Bank Transfers/CD's | 600.00 | 0.00 | |
| Subtotal | 1,500.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,500.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********3888 | 600.00 | 0.00 | 0.00 |
| Checking Account - ********2207 | 1,500.00 | 0.00 | 2,100.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,100.00 | 0.00 | 2,100.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,100.00    0.00

Ver: 22.01a

LFORM24